UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

KELLY BARTLETT,

    Plaintiff,

v.                          CASE NO.:  0:16-cv-62038-WPD

NAVIENT SOLUTIONS, LLC and
STUDENT ASSISTANCE CORPORATION,

    Defendant.
_____

## NOTICE OF SETTLEMENT

**PLAINTIFF,** KELLY BARTLETT, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, KELLY BARTLETT, and Defendants, NAVIENT SOLUTIONS, LLC and STUDENT ASSISTANCE CORPORATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on May 17, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

          */s/Stefan A. Alvarez*
          Stefan A. Alvarez, Esq.
          Florida Bar No.:  100681
          Stefan@TheConsumerProtectionFirm.com
          William Peerce Howard, Esq.
          Florida Bar No.:  0103330
          Billy@TheConsumerProtectionFirm.com
          THE CONSUMER PROTECTION FIRM, PLLC
          210-A South MacDill Avenue
          Tampa, FL 33609
          Telephone: (813) 500-1500
          Facsimile: (813) 435-2369
          *Attorney for Plaintiff*