UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.16-62038-CIV-DIMITROULEAS

KELLY BARTLETT,

    Plaintiff,

vs.

NAVIENT SOLUTIONS, INC. And STUDENT
ASSISTANCE CORPORATION,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation for Dismissal With Prejudice [DE 29], and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED**:

1. The Joint Stipulation for Dismissal With Prejudice [DE 29] is **APPROVED**;
2. This case is **DISMISSED WITH PREJUDICE;**
3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 1st day of June, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record